

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

June 1, 2021

<u>By Email</u>
Robert Feitel, Esq.
Counsel for Defendant
rf@rfeitellaw.com

    Re: <u>United States v. Brandon Hargraves</u>
    Criminal Case No. 21-CR-58 (BAH)

Dear Mr. Feitel:

    This letter memorializes the Government's production of discovery to you on June 1, 2021, wherein the following items were produced to you via USAfx folder titled "US v. Brandon Hargraves, 21-cr-58":

- DIMS Photos (11 photos)
- Indictment (2 pages)
- Pretrial Services Report_Criminal History (4 pages)
- Report of Crime Scene Examination – Crime Scene Sciences unit (4 pages)
- Report of Examination, Latent Fingerprint Unit – Evidence Processing (1 page)
- Evidence Collection Log (Evidence # 0001 – 0003) (1 page)
- Evidence Collection Log (Evidence # 0005 – 0006) (1 page)

    Sincerely,

    CHANNING D. PHILLIPS
    Acting United States Attorney

    By:    /s/*Jeffrey N. Poulin*
           Jeffrey N. Poulin
           Assistant United States Attorney