UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 58 (BAH) |
| v. | : | |
| BRANDON HARGRAVES | : | |
| Defendant. | : | |

**MOTION FOR LEAVE TO WITHDRAW**

Defendant Brandon Hargraves is charged in this case with Unlawful Possession of A Firearm and Ammunition by a person previously convicted of a felony, in violation of 18 United States Code Section 922(g)(1). The next status conference in this case is scheduled for July 9, 2021. The defendant has advised undersigned counsel that he would like to have new counsel appointed to represent him in this matter.

Undersigned takes no position with respect to the request, but files this Motion as a matter of professional responsibility. An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney Jeffrey Poulin, 555 4th Street, N.W. Washington, D.C. this 2$^{1st}$ day of June, 2021.

*Robert Feitel*

_____

Robert Feitel