UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        v.                            21-cr-58 (BAH)

**BRANDON HARGRAVES**

### MOTION FOR PRE DISPOSITION PROBATION CRIMINAL HISTORY CALCULATION

Counsel for defendant Brandon Hargraves respectfully requests the Court issue an Order to the Office of United States Probation to prepare a Criminal History Calculation to aid the defendant and counsel in evaluating options for an early disposition or a Trial.

Respectfully submitted,

_____hhs_____
H. Heather Shaner DC Bar #273276
Court Appointed Counsel for Mr. Hargraves
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com