UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Cr. 21 cr-58 (BAH)

BRANDON HARGRAVES

### EX PARTE MOTION TO AMEND HISP TO PERMIT NIGHT TIME CRIME SCENE VISIT

H. Heather Shaner, appointed by the Court, now formally requests that Brandon Hargraves be permitted to meet with my investigator, Thomas Crossley, on July 20, 2021 to permit a night time crime scene visit which requires full darkness [as it would have been on December 31, 2020 at 7:00-8:00 PM]

I contacted HISP, Carole Green, and she indicated she needs the permission of the Court to allow Mr. Hargraves to travel from his home on July 20, 2021 from 8:45 PM to return by 11:00 PM.  The crime scene is at 3500 22nd St. SE..  He is scheduled to meet my investigator at 9:30 pm which is after his present curfew.

I request that he be allowed travel time from his home to the crime scene and to return home after the crime scene visit.  I request travel time and meeting time from 8:45 until 11:00P.M..

Respectfully submitted,
/s/
H. Heather Shaner #273 276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com