UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.:  **21-cr-58 (BAH)** |
| **BRANDON HARGRAVES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Samuel S. Frey.  AUSA Samuel S. Frey will be substituting for AUSA Brandon K. Regan.

                    Respectfully submitted,

                    CHANNING D. PHILLIPS
                    Acting United States Attorney
                    D.C. Bar No. 415793

By:     /s *Samuel S. Frey*
                    SAMUEL S. FREY
                    PA Bar No. 321856
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    for the District of Columbia
                    555 4th Street, N.W.
                    Washington, D.C. 20001
                    (202) 252.7124
                    Samuel.Frey2@usdoj.gov

## CERTIFICATE OF SERVICE

On this 2nd of October, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:    /s *Samuel S. Frey*
      SAMUEL S. FREY
      Assistant United States Attorney