UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     21-cr-58 (BAH)

BRANDON HARGRAVES

CONSENT MOTION FOR A CONTINUANCE OF HEARING
DUE TO UNAVAILABLITITY OF WITNESS

Counsel for defendant Hargraves, Heather Shaner, moves the Court to reschedule the Hearing on his Motion to Suppress, now set for March 30th, 2022.  Counsel, in conference with the Government, learned yesterday that a MPD witness for the defense will be unavailable next week.

Counsel consulted with AUSA Samuel Frey as to available dates in April for rescheduling the Motion's Hearing, when defense counsel, the government and the MPD officers are available.

The following dates are available should they be available to the Court:
April 25th
April 27th.   PM
April 28th   PM
May  02, 2022

Counsel apologizes for any inconvenience to the Court and the parties. Counsel has been in Jury Trial and did not learn a MPD witness would be unavailable until yesterday.

**WHEREFORE** the defendant requests the Hearing now set for March 30th, 2022 be re-scheduled, as an essential witness will not be available.

Respectfully submitted,

_____/s/_____
H. Heather Shaner Esq. # 273276
Appointed by the Court for Brandon Hargraves
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com