## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-58 (BAH) |
| : | |
| **BRANDON HARGRAVES,** : | |

### GOVERNMENT'S CONSENT MOTION FOR CONTINUANCE

Ahead of the scheduled Motion to Suppress on April 27, 2022, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Motion to Continue with the consent of counsel for the defense, Heather Shaner.

1. The parties have a Suppression Hearing scheduled for April 27, 2022.

2. Undersigned counsel for the government was on trial before Judge Amy Jackson in *United States v. Antowan Hagan*, 21-cr-187 between April 20, 2022, and April 22, 2022.

3. Undersigned counsel is now preparing for trial before this Honorable Court in *United States v. James Hutchings*, 19-cr-361, which is scheduled to begin on May 2, 2022. Undersigned counsel entered as counsel of record recently and is diligently preparing for trial with multiple witness conferences and meetings this week with co-counsel AUSA Brandon Regan.

4. Previous consent continuances in this matter were due to clarification of which Metropolitan Police Department witnesses would be called at the motion and defense counsels availability.

5. Government counsel has spoken with the necessary Metropolitan Police witnesses (to include those the defense intends to call) and confirmed their availability for the dates listed below.

6. The defendant is on release in this matter and defense counsel consents to this filing.

1

7. The parties respectfully submit the following dates to the Court to conduct the in-person motions hearing: May 9, 2022 (after 12pm), May 23, 2022, May 24, 2022 (before 12pm), and May 31, 2022.

WHEREFORE, the government respectfully requests this Court grant the government's motion in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/ Samuel S. Frey*
SAMUEL FREY
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7124
Email: Samuel.Frey2@usdoj.gov