

**FILED**
**JUN 8 - 2022**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES v. BRANDON HARGRAVES

21-cr-58 (BAH)

MOTION TO SUPPRESS GOVERNMENT EXHIBIT LIST

| EXHIBIT | DESCRIPTION | ADMITTED |
|---|---|---|
| A | Ofc. Smith BWC | 6/8/2022 |
| B | Ofc. Jeskie BWC |  |
| C | Ofc. Dean BWC |  |
| D | Ofc. Seward BWC | ✓ |
| E | Photo of firearm in car | 6/8/2022 |
| F | Zoom in photo of firearm | 6/8/2022 |
| G | Photo of driver side door | 6/8/2022 w/clarification |
| H | Zoom in photo of ammo box | 6/8/2022 w/clarification |
| I | Exterior photo of vehicle | 6/8/2022 |
| J | Exterior photo of vehicle | 6/8/2022 |
| K | Photo of rear tag |  |
| L | Photo of parking lot | 6/8/2022 |
| M | Photo of parking lot | 6/8/2022 |
| N | Photo of rear of parking lot | 6/8/2022 |
| O | Defendant's Prior Conviction |  |
| P | Grand Jury Transcript (refresh recollection) |  |
| Q | Gerstein (refresh recollection) |  |
| R | 7D Radio Runs |  |
| R(1) | 7D TAC Radio Runs |  |

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

UNITED STATES OF AMERICA
vs.
BRANDON HARGRAVES

Civil/Criminal No. 21-58 (BAH)

**FILED**
JUN 8 - 2022
Clerk, U.S. District and Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10 | 10 pages of CAD IIS4 reports | 6/8/2022 | | Officer Smith | N/A |
| 4 | Photograph - entrance to the parking lot | 6/8/2022 | 6/8/2022 | Officer Smith | |
| 2 | Interior of the parking lot | 6/8/2022 | 6/8/2022 | Officer Smith | |
| 9 | Photograph of inside of the car - driver's side | 6/8/2022 | 6/8/2022 | A. Brown | |
| 1 | Photograph of the apartment complex, scene of the arrest | 6/8/2022 | 6/8/2022 | T. Crossley | |
| 11 | Photograph of the entrance to the parking lot | 6/8/2022 | 6/8/2022 | T. Crossley | |
| 17 | Overhead map of SE Washington where the arrest occurred | 6/8/202 | (Demonstrative) | | |