UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-058 (BAH) |
| | : | |
| | : | |
| BRANDON HARGRAVES, | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT REGARDING SUPPLEMENTAL BRIEFING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Heather Shaner, Esquire (collectively, "the Parties"), respectfully submit this joint status report, as directed by the Court, and state as follows:

1. On June 8, 2022 the Court held a Motion to Suppress on defendant's Motion to Suppress, ECF No. 44. At the conclusion of the hearing, based on the evidence and legal issues raised, supplemental briefing is required on two legal questions.

2. In light of the supplemental briefing and pursuant to the Court's request, the government and defendant, through counsel, have conferred. The government would prefer a more expedited briefing schedule, but counsel for the defendant has indicated she will not be in a position to file until October, 2022.

3. As a result, we propose the following briefing schedule: October 10, initial briefings due. October 24, responses and oppositions due. Finally, October 30, replies would be due to the Court.

4. To the extent the Court requires an earlier briefing schedule, the government requests briefing to be due by August 26; with responses and oppositions due by September 16;

and replies due by September 30.

5. The defendant, through his counsel, respectfully opposes and seeks additional time. The defendant would request briefing following the issuance of Opinions by the United States Supreme Court and the D. C. Court of Appeals on the intersection of the Fourth Amendment and the Second Amendment of the United States Constitution.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

    /s/ Samuel S. Frey
    Samuel S. Frey
    Assistant United States Attorney
    PA Bar No. 321856
    601 D Street, N.W.,
    Washington, D.C. 20530
    202-252-7124
    Samuel.Frey2@usdoj.gov

    Heather Shaner
    Counsel for Brandon Hargraves

    /s/ Heather Shaner